```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Neilson Dain Fletcher

        v.                                      Civil No. 16-cv-189-JL

United States of America, et al.

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 11, 2016.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: August 4, 2016

cc:   Neilson Dain Fletcher, pro se